No. 99–1964. BOOTH v. CHURNER ET AL. C. A. 3d Cir. Certiorari granted.

No. 00–292. C & L ENTERPRISES, INC. v. CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA. Ct. Civ. App. Okla. Certiorari granted.

No. 99–1995. ENVIROCARE OF TEXAS, INC., ET AL. v. WASTE CONTROL SPECIALISTS, LLC. C. A. 5th Cir. Certiorari denied.

No. 99–2032. MOLNAR ET UX. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–2067. MAY v. HAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–2072. HEALY TIBBITTS BUILDERS, INC. v. CABRAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–2078. PROSPERI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9703. TRIANA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9762. HAWKINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–9768. MAO BING MU v. UNITED STATES;
No. 99–9769. SANG LI v. UNITED STATES;
No. 99–9770. BEN LIN v. UNITED STATES; and
No. 99–9792. NAI FOOK LI ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: Nos. 99–9768, 99–9769, and 99–9770, 206 F. 3d 56; No. 99–9792, 206 F. 3d 78.

No. 99–9829. ULLOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–10085. SPENCER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.